United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIXIS FUNDING CORP., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 4:19-cv-3078 (KPE) ) (Adv. Pro. No. 4:18-ap-3409 (DRJ)) ) |
| GENON MID-ATLANTIC, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION REGARDING ENTRY OF FINAL JUDGMENT

Pending before this Court is the *Report and Recommendation Regarding Entry of Final Judgment* (Doc. No. 28) (the "Report and Recommendation") from the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") and *Plaintiff Natixis Funding Corporation's* ("NFC") *Objections to the Bankruptcy Court's Report and Recommendation* (Doc. No. 36) (the "Objections"). Having considered the Report and Recommendation and NFC's and Defendant GenOn Mid-Atlantic, LLC's ("GenMA") submissions with respect thereto (Doc. Nos. 36-39, 47, & 50), and after a hearing held on September 28, 2021, it is hereby:

**ORDERED** that the Objections are **DENIED** for the reasons stated on the record at the September 28, 2021 hearing;

**ORDERED** that this Court **ADOPTS** the Bankruptcy Court's Report and Recommendation in its entirety; and

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** in favor of GenMA.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this \_\_\_\_6th\_\_\_\_ day of October, 2021.

                                    HON. KEITH P. ELLISON
                                    UNITED STATES DISTRICT JUDGE